UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOUIS JAMES LAREGINA                    Chapter 13

Debtor                    Bankruptcy No. 13-16865-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____ Aug. _____, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
LAWRENCE W. ABEL ESQ
AVALLONE LAW OFFICES
215 S BROAD ST - SUITE 502
PHILADELPHIA, PA 191075318

Debtor:
LOUIS JAMES LAREGINA

100 WEST AVE., 314 W

JENKINTOWN, PA 19046