United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Louis J. LaRegina
    Debtor

Case No. 13-16865-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 2    Date Rcvd: Aug 15, 2016
                  Form ID: pdf900    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2016.
```
db             +Louis J. LaRegina,    100 West Avenue, Unit 314 W,    Jenkintown, PA 19046-2625
13231314       +Avallone Law Assocs,    5t Flr,   215 S. Broad St.,    Phila. PA 19107-5318
13123214       +BANK OF AMERICA,    PO BOX 15019,    WILMINGTON, DE 19850-5019
13119857       +BARCLAYS BANK DELAWARE,    125 S. WEST ST,    WILMINGTON, DE 19801-5014
13123216       +CAPITAL ONE,    PO BOX 85617,    RICHMOND, VA 23285-5617
13123219       +MIDLAND FUNDING LLC,    C/O HAYT, HAYT & LANDAU LLC,    123 S. BROAD ST, STE 1660,
                 PHILA, PA 19109-1003
13232888       +PA Housing Fin. Agy.,    c/o Andrew F. Gornall, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13123221       +PRA LLC,    PO BOX  12903,    NORFOLK, VA 23541-0903
13123222       +TARGET CARD SVCS,    PO BOX 660170,    DALLAS, TX 75266-0170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 16 2016 09:01:43     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2016 09:01:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 16 2016 09:01:42     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13185905       +E-mail/Text: bncmail@w-legal.com Aug 16 2016 09:01:40     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13231281        E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2016 01:35:20     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13123217       +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2016 01:35:07     GECRB/AMAZON,    PO BOX 965013,
                 ORLANDO, FL 32896-5013
13223781        E-mail/Text: bkr@cardworks.com Aug 16 2016 09:01:32     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13123218       +E-mail/Text: bkr@cardworks.com Aug 16 2016 09:01:32     MERRICK BANK,    PO BOX 30537,
                 TAMPA, FL 33630-3537
13123220       +E-mail/Text: blegal@phfa.org Aug 16 2016 09:01:37     PHFA,    211 N. FRONT ST,
                 HARRISBURG, PA 17101-1466
13212424        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2016 01:35:08
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13214677       +E-mail/Text: bankruptcy@prosper.com Aug 16 2016 09:01:46     Prosper Marketplace Inc.,
                 101 Second St., 15th fl.,    San Francisco, CA 94105-3672
13159692       +E-mail/Text: bncmail@w-legal.com Aug 16 2016 09:01:40     TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13253292       +E-mail/Text: blegal@phfa.org Aug 16 2016 09:01:38     U.S. BANK NATIONAL ASSOCIATION,
                 c/o Pennsylvania Housing Finance Agency,    Attn: ALSV/Anne,    211 North Front Street,
                 Harrisburg, PA 17101-1406
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13123213          13-16865
13123215*        +BARCLAYS BANK DELAWARE,    125 S. WEST ST,    WILMINGTON, DE 19801-5014
13159693*        +TD BANK USA, N.A.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                   SEATTLE, WA 98121-3132
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2016                                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2            Date Rcvd: Aug 15, 2016
                              Form ID: pdf900             Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Pennsylvania Housing Finance Agency
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              LAWRENCE W. ABEL    on behalf of Debtor Louis J. LaRegina abel@avallonelaw.com,
               alex@avallonelaw.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              TIMOTHY  ZEARFOSS    on behalf of Debtor Louis J. LaRegina tzearfoss@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOUIS JAMES LAREGINA                          Chapter 13

Debtor                    Bankruptcy No. 13-16865-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
LAWRENCE W. ABEL ESQ
AVALLONE LAW OFFICES
215 S BROAD ST - SUITE 502
PHILADELPHIA, PA 191075318

Debtor:
LOUIS JAMES LAREGINA

100 WEST AVE., 314 W

JENKINTOWN, PA 19046